# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PERKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>NESTLÉ DREYER'S ICE CREAM COMPANY,<br><br>    Defendant. | Case No. 1:16-cv-01877-LJO-SKO<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST TO ENTER STIPULATED PROTECTIVE ORDER**<br><br>**(Doc. 13)** |

Before the Court is the parties' request that the Court enter a proposed Stipulated Protective Order (the "Request"). (Doc. 13.) Local Rule 141.1 provides, in pertinent part, that any proposed protective order must include "[a] showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." E.D. Cal. Local Rule 141.1(c)(3). The parties' proposed Stipulated Protective Order does not provide such a showing. (*See* Doc. 13.)

Accordingly, the Court DENIES the parties' Request, (*id.*), WITHOUT PREJUDICE. The parties may file a revised proposed stipulated protective order that satisfies the requirements of the Local Rules of this Court.

IT IS SO ORDERED.

Dated: __**May 2, 2017**__                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE