| | |
|---|---|
| 1 | SEBASTIAN L. MILLER (SBN 265793)<br>sebastian@sebastianmillerlaw.com |
| 2 | SEBASTIAN MILLER LAW, P.C.<br>900 Lafayette Street, Suite 201 |
| 3 | Santa Clara, CA 95050<br>Telephone: (408) 348-1728 |
| 4 | Facsimile: (408) 716-3149 |
| 5 | Attorneys for Plaintiff<br>Andrew Perkins |
| 6 | |
| 7 | EMMA LUEVANO (SBN 198421)<br>eyl@msk.com |
| 8 | JUSTINE LAZARUS (SBN 247471)<br>jwl@msk.com |
| 9 | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 10 | Los Angeles, CA 90064-1683<br>Telephone: (310) 312-2000 |
| 11 | Facsimile: (310) 312-3100 |
| 12 | Attorneys for Defendant<br>Nestlé Dreyer's Ice Cream Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDREW PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>NESTLE DREYER'S ICE CREAM COMPANY,<br><br>    Defendant. | CASE NO. 1:16-cv-01877-LJO-SKO<br><br>**STIPULATION AND ORDER ADVANCING SETTLEMENT CONFERENCE BEFORE JUDGE SHEILA K. OBERTO**<br><br>**(Doc. 17)**<br><br>Judge Lawrence J. O'Neill /<br>Magistrate Judge Sheila K. Oberto<br><br>Proposed Date For Settlement Conference:<br>Date: October 24, 2017<br>Time: 10:00 a.m.<br>Courtroom: 7 |

Based on the good cause specified below and pursuant to Rule 143 of the Local Rules of the Eastern District of California, Plaintiff Andrew Perkins ("Plaintiff") and Defendant Nestlé Dreyer's Ice Cream Company ("Defendant" and, together with Plaintiff, the "Parties"), through their counsel, stipulate to advance the Parties' settlement conference from November 21, 2017 to October 24, 2017.

WHEREAS, counsel for the Parties conferred with Judge Sheila K. Oberto's Courtroom Deputy Alice Timken regarding a request to advance the settlement conference in this matter by approximately one month;

WHEREAS, Ms. Timken informed the Parties that the Court is available to conduct a settlement conference on October 24, 2017 and that if they wished to have the settlement conference conducted on that date they should file a stipulation and proposed order advancing the settlement conference accordingly;

WHEREAS, all Parties and their counsel are available on October 24, 2017 and believe it is in the interests of justice that the settlement conference occur on that date.

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS.**

The Settlement Conference that is currently scheduled for November 21, 2017 at 10:00 a.m. in Courtroom 7 is hereby advanced and is now set for October 24, 2017 at 10:00 a.m. in Courtroom 7.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 18, 2017                Respectfully submitted,

                                         Sebastian L. Miller
                                         SEBASTIAN MILLER LAW, P.C.


                                         By: */s/ Sebastian L. Miller*
                                             Sebastian L. Miller
                                             Attorneys for Plaintiff
                                             Andrew Perkins

DATED: September 18, 2017                Respectfully submitted,

                                         Emma Luevano
                                         Justine Lazarus
                                         MITCHELL SILBERBERG & KNUPP LLP


                                         By: [as authorized on September 18, 2017]
                                             Emma Luevano
                                             Justine Lazarus
                                             Attorneys for Defendant
                                             Nestlé Dreyer's Ice Cream Company

## ORDER

Pursuant to the parties' above-stipulation (Doc. 17), the Settlement Conference currently scheduled for November 21, 2017, is hereby **ADVANCED to October 24, 2017 at 10:00 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:   **September 19, 2017**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE