UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>NESTLE DREYER'S ICE CREAM COMPANY,<br><br>    Defendant. | Case No. 1:16-cv-01877-LJO-SKO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL (FRCP 41(a)(1)(A)(ii)) AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 25) |

On December 4, 2017, the parties filed a joint Stipulation of Dismissal dismissing the action with prejudice and with each party bearing its own attorney's fees and costs. (Doc. 25.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 5, 2017**               /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE